IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD STEVENS, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:12-CV-00022 |
| | : | |
| vs. | : | JUDGE: TIMOTHY S. BLACK |
| | : | |
| DOLE FRESH VEGETABLES, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## AGREED DISMISSAL ENTRY

The Court, being advised that the parties have fully and finally settled any and all claims, demands or causes of action arising from this case, the Court hereby dismisses this case with prejudice. There is no award of attorney(s) fees or costs to Plaintiff or counsel in this matter.

Court costs to be paid by Plaintiff, Donald E. Stevens.

IT IS SO ORDERED.

s/ Timothy S. Black
JUDGE TIMOTHY S. BLACK

APPROVED:

_____
Braden A. Blumenstiel (0078254)
BLUMENSTIEL, EVANS & FALVO, LLC.
261 West Johnstown Road
Columbus, OH 43230
Ph:   (614) 475-9511
Fax:  (614) 475-0348

Trial Attorney for Plaintiff

_____
William J. Wahoff (0024169)
Richard Goldberg (0002483)
William R. Creedon (0064931)
SCOTT, SCRIVEN & WAHOFF LLP
50 West Broad Street, Suite 2500
Columbus, Ohio 43215-5914
Ph:   (614) 222-8686
Fax:  (614) 222-8702

Attorneys for Defendant,
Dole Fresh Vegetables, Inc.